UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMANUEL I. WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-256-J |
| ) | |
| COMANCHE COUNTY ) | |
| COURTHOUSE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, appearing pro se, initiated this action for civil rights relief and applied for leave to proceed in forma pauperis. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On May 19, 2025, Judge Mitchell issued a Report and Recommendation recommending that this case be dismissed without prejudice based on Plaintiff's failure to follow the Court's orders. [Doc. No. 11]. Plaintiff was advised of his right to object to the Report and Recommendation, and on July 14, 2025, Plaintiff filed a letter advising the Court that he is not able to continue with this case. In light of the Report and Recommendation and Plaintiff's letter, the Court ADOPTS the Report and Recommendation [Doc. No. 11] and DISMISSES this case without prejudice to refiling.

IT IS SO ORDERED this 15th day of July, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE